IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

J. L. Justin Harris,                   Case No. 3:10 CV 2045

         Plaintiff,                  O R D E R

      -vs-                        JUDGE JACK ZOUHARY

Commissioner of Social Security,

         Defendant.

The Court has reviewed the Report and Recommendation (R&R) of the Magistrate Judge (Doc. No. 16). Under the relevant statute (28 U.S.C. § 636(C)):

Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court has reviewed the R&R, finds it correct, and adopts it in its entirety. The Commissioner's final decision is affirmed and this case is dismissed.

IT IS SO ORDERED.

                                                        s/ *Jack Zouhary*
                                                        JACK ZOUHARY
                                                        U. S. DISTRICT JUDGE

                                                        August 16, 2011